# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DUBLIN GENERAL STORE, LTD.
    *Petitioner,*

v.

Case no. 1:23-cv-008-HYJ-RSK

HON. Hala Y. Jarbou

DEPARTMENT OF TREASURY;
BUREAU OF ALCOHOL, TOBACCO,
AND FIREARMS
    *Respondent.*

---

## VOLUNTARY NOTICE OF DISMISSAL AND ORDER

NOW COMES Plaintiff, Dublin General Store, LTD, by and through its attorneys Pezzetti, Vermetten & Popovits, by Matthew D. Vermetten, and hereby moves, Voluntary Dismissal with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as follows:

1. Plaintiff filed the initial civil action against Defendants on January 3, 2023;
2. Defendants have not filed an answer or appearance in this matter;
3. The parties have agreed to settlement terms and have executed a Settlement Agreement and Release.
4. Each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

                                        PEZZETTI, VERMETTEN & POPOVITS, P.C.

Date: March 21, 2023

                                        Mathew D. Vermetten (P43425)
                                        Attorney for
                                        600 E. Front Street, Suite 102
                                        Traverse City, MI 49686

## ORDER

IT IS HEREBY ORDER that this case be dismissed with prejudice.


Date: <u>March 22, 2023</u>  /s/ HALA Y. JARBOU
Hala Y. Jarbou
Chief United States District Judge